319 F.3d 258
 Tanya L. MARCHWINSKI, et al., Plaintiffs-Appellees,
v.
Douglas E. HOWARD, in his Official Capacity as Director of the Family Independence Agency of Michigan, A Governmental Department of the State of Michigan, Defendant-Appellant.
 No. 00-2115.
 United States Court of Appeals, Sixth Circuit.
 January 21, 2003.
 
 Before: MARTIN, Chief Judge; BOGGS, BATCHELDER, DAUGHTREY, MOORE, COLE, CLAY, GILMAN, GIBBONS, and ROGERS, Circuit Judges.
 
 ORDER
 
 1
 A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 35(a) provides as follows:
 
 
 2
 "The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal."
 
 
 3
 Accordingly, it is ORDERED, that the previous decision and judgment of this court is vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.
 
 
 4
 It is further ORDERED that the appellant and appellees file a supplemental brief not later than Monday, February 17, 2003.